AUSA: Rawsthorne Telephone: (810) 766-5177
AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Bowling Telephone: (810) 341-5710

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Haywood Ogburn a.k.a. Cawon Lyles,

Case: 4:26-mj-30592
Judge: Ivy, Curtis

Filed: 09-22-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 19, 2026 in the county of Genesee in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
There is probable cause that on or about September 19, 2026, the defendant Haywood Ogburn violated 18 U.S.C. § 922(g)(1)-felon in possession of a firearm.

☑ Continued on the attached sheet.

*Complainant's signature*

Perry Carter, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: September 22, 2026

*Judge's signature*

City and state: Flint, MI

Hon. Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Perry Carter, being duly sworn state the following is true and accurate to the best of my knowledge, information and belief.

1. I make this affidavit from personal knowledge based upon my participation in this investigation, with exception of the matters expressly stated, which are based upon information received from other law enforcement personnel and/or their reports and records. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or facts that exist pertaining to the investigation.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since June 2025. I am currently assigned to the FBI Detroit Division – Flint Resident Agency's Genesee County Safe Streets Task Force.

3. I believe that Haywood Ogburn (Ogburn), DOB: XX/XX/1988, committed the violations of 18 U.S.C. section 922(g)(1), felon in possession of a firearm.

4. On September 19, 2026, while on patrol in the City of Flint, Michigan State Police (MSP) Trooper Brett Sowers and Trooper Anthony Wolfe conducted a lawful traffic stop on a 2012 Toyota Camry with two occupants inside.

5. The driver was identified and the front passenger was identified as Ogburn. During a probable cause search of the vehicle, a Glock model 22, .40 caliber semi-automatic handgun was recovered from the right-side passenger glove box. The handgun contained an inserted magazine with 12 rounds of ammunition plus and one round chambered.

6. When Trooper Wolfe informed Trooper Sowers of the handgun, Ogburn fled from the officers on foot. A foot pursuit ensued, and in result, Ogburn was subsequently taken into custody and placed in the rear of the patrol vehicle.

7. After troopers read Ogburn his Miranda warning rights, Ogburn admitted that the handgun was on his person and he placed it in the glove box when the vehicle was being pulled over. Ogburn stated that he carried the handgun for personal protection. Ogburn also advised that he bought the handgun off the street and stated it was reasonable to assume the gun was stolen as he did not receive any paperwork for the gun and that he cannot legally purchase a firearm because he is a felon[1].

8. I have reviewed criminal history records for Ogburn. Ogburn has the following felony convictions:

a. 2013 – Controlled Substance Possession

[1] Michigan State Police conducted a check of the firearm through the National Crime Information Center (NCIC) and confirmed that the seized Glock 22 was reported stolen out of the Flint Police Department.

This is a felony offense punishable by a term of imprisonment exceeding one (1) year.

b. 2018 – Brandishing a Firearm, during a Crime of Violence
This is a felony offense punishable by a term of imprisonment exceeding one (1) year.

9. On September 21, 2026, I spoke with Special Agent Dustin Hurt of the Bureau of Alcohol, Tobacco and Firearms & Explosives (ATF) in his capacity as an interstate nexus authority in the manufacture and movement of firearms and ammunition in interstate and foreign commerce. Special Agent Hurt determined that the Glock 22, was manufactured outside of the State of Michigan, and is a firearm as defined in Chapter 44, Title 18, United States Code.

10. I, Special Agent Perry Carter, therefore, have probable cause to believe that Haywood Ogburn violated 18 U.S.C. section 922(g)(1), felon in possession of a firearm.

Perry Carter
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means on this 22nd day of September, 2026.

Hon. Curtis Ivy, Jr.
United States Magistrate Judge
Eastern District of Michigan